WO
SC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Richard Ruiz Rogel,                          )    No. CV 12-1872-PHX-GMS (MEA)
                                             )
             Petitioner,                     )    **ORDER**
                                             )
vs.                                          )
                                             )
Charles L. Ryan, et al.,                     )
                                             )
             Respondents.                    )
_____)

        Petitioner Richard Ruiz Rogel, who is confined in the Arizona State Prison Complex,

Rynning Unit, in Florence, Arizona, filed a *pro se* Petition for Writ of Habeas Corpus

pursuant to 28 U.S.C. § 2254.  Petitioner has not paid the $5.00 filing fee or filed a properly

completed Application to Proceed *In Forma Pauperis*.  The Court will deny his *in forma*

*pauperis* application with leave to either pay the $5.00 fee or file a new Application to

Proceed *In Forma Pauperis*.

**I.      Failure to Pay Filing Fee or File Complete Application**

        Rule 3.5(b) of the Local Rules of Civil Procedure requires that "[i]f a habeas corpus

petitioner desires to prosecute the petition *in forma pauperis*, the petitioner shall file an

application to proceed *in forma pauperis* on a form approved by the Court, accompanied by

a certification of the warden or other appropriate officer of the institution in which the

petitioner is confined as to the amount of money or securities on deposit to the petitioner's

JDDL

credit."  Rule 3.5(b) also requires payment of the $5.00 filing fee if a petitioner has in excess of $25.00 in his inmate account.

Petitioner's *in forma pauperis* application was not properly completed.  Petitioner failed to have the Certificate of Correctional Official as to Status of Applicant's Trust Account completed.  For that reason, the Court will deny Petitioner's *in forma pauperis* application.  Petitioner will be given 30 days from the date this Order is filed to either pay the $5.00 filing fee or file a properly completed Application to Proceed *In Forma Pauperis* using the form included with this Order.

**II.   Warnings**

**A.    Address Changes**

Petitioner must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure.  Petitioner must not include a motion for other relief with a notice of change of address.  Failure to comply may result in dismissal of this action.

**B.    Possible Dismissal**

If Petitioner fails to timely comply with every provision of this Order, including these warnings, the Court may dismiss this action without further notice.  See Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order of the Court).

**IT IS ORDERED:**

(1)    Petitioner's *in forma pauperis* application is **denied**.  (Doc. 2.)

(2)    Within 30 days of the date this Order is filed, Petitioner must either pay the $5.00 filing fee **or** file a new completed Application to Proceed *In Forma Pauperis*.

(3)    If Petitioner fails to either pay the $5.00 filing fee or file a completed Application to Proceed *In Forma Pauperis* within 30 days, the Clerk of Court must enter a judgment of dismissal of this action without prejudice and without further notice to Petitioner.

(4)    The Clerk of Court must mail Petitioner a court-approved form for filing an

1    Application to Proceed *In Forma Pauperis* (Habeas).

2        DATED this 16th day of October, 2012.

3

4    _____

       G. Murray Snow

5         United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____
Name and Prisoner/Booking Number

_____
Place of Confinement

_____
Mailing Address

_____
City, State, Zip Code

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| _____, ) | |
| Petitioner, ) CASE NO. _____ | |
| ) | |
| vs. ) | |
| ) | **APPLICATION TO PROCEED** |
| _____, ) | *IN FORMA PAUPERIS* |
| Respondent(s). ) | **BY A PRISONER** |
| _____ ) | **(HABEAS)** |

I, _____, declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently employed at the institution where you are confined?    **G**Yes    **G**No
   If "Yes," state the amount of your pay and where you work. _____
   _____
   _____

2. Do you receive any other payments from the institution where you are confined?   **G**Yes    **G**No
   If "Yes," state the source and amount of the payments. _____
   _____
   _____

3.  Do you have any other sources of income, savings, or assets either inside or outside of the institution where you are confined?                                                                                     G Yes        G No

If "Yes," state the sources and amounts of the income, savings, or assets. _____

_____

_____


I declare under penalty of perjury that the above information is true and correct.


_____                    _____

        DATE                                                    SIGNATURE OF APPLICANT


**CERTIFICATE OF CORRECTIONAL OFFICIAL**
**AS TO STATUS OF APPLICANT'S TRUST ACCOUNT**

I, _____, certify that as of the date applicant signed this application:

        (Printed name of official)

The applicant's trust account balance at this institution is:  $_____.

_____

DATE            AUTHORIZED SIGNATURE            TITLE/ID NUMBER            INSTITUTION